IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

RAYMOND T. LEWIS,

    Petitioner,

vs.                                    CASE NO. 5:06cv111/RS-MD

JAMES R. McDONOUGH,

    Respondent.
_____/

## ORDER

    Before me is Petitioner's Notice of Appeal (Doc. 28), in which Petitioner requests that I grant him a certificate of appealability. 28 U.S.C. §1915(a)(3) directs that "an appeal may not be taken in forma pauperis if the trial court certifies in writing that it is not taken in good faith." Petitioner is improperly attempting to appeal the Magistrate Judge's Report and Recommendation (Doc. 27). The Report and Recommendation is not a final order from which an appeal may be taken. The Report and Recommendation is just that, a recommendation, by the Magistrate Judge to the District Judge. In due course, the District Judge then enters a final order, which approves and adopts or disapproves and rejects, in whole or in part, the Magistrate Judge's recommendation. The District Judge's order is a final order which can then be appealed.

    Consequently, I cannot grant Petitioner's request that I issue a certificate of appealability. Petitioner's attempt to appeal is improper and, therefore, I certify that his appeal is not taken in good faith.

**IT IS ORDERED** that Petitioner's request for a certificate of appealability is denied because his appeal is not taken in good faith.

ORDERED on September 18, 2007.

/S/ Richard Smoak
**RICHARD SMOAK**
**UNITED STATES DISTRICT JUDGE**