IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

RAYMOND T. LEWIS,

        Petitioner,

vs.                                       CASE NO. 5:06cv111/RS-MD

JAMES R. McDONOUGH,

        Respondent.

_____/

## ORDER

Before me is the Magistrate Judge's Report and Recommendation (Doc. 27). Petitioner has not filed objections.

**IT IS ORDERED**:

1.    The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2.    The Petition for Writ of Habeas Corpus (Doc. 1) challenging the judgment of conviction and sentence in *State of Florida v. Raymond Lewis*, Circuit Court of Hamilton County, Florida, Case No. 04-08-CF is **denied**.

3.    The clerk is directed to close the file.

ORDERED on October 15, 2007.

                                                 /S/ Richard Smoak
                                                 **RICHARD SMOAK**
                                                 **UNITED STATES DISTRICT JUDGE**